JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
APR 27 2022
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JOSHUA CONRAD BUCK, Defendant. | CR 22-25-M-DLC<br><br>INDICTMENT<br><br>POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE<br>Title 21 U.S.C. § 841(a)(1)<br>(Penalty: Mandatory minimum five years to 40 years of imprisonment, $5,000,000 fine, and at least four years of supervised release)<br><br>TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS |
|---|---|

THE GRAND JURY CHARGES:

That beginning in December 2020, and continuing until January 2021, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere,

1

the defendant, JOSHUA CONRAD BUCK, knowingly and unlawfully possessed, with the intent to distribute, five grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney